# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

V.

JOHN ROBERT AYEN

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number: DNCW103CR000027-001
USM Number:

Tony Rollman
Defendant's Attorney

**THE DEFENDANT:**

X     admitted guilt to violation of condition(s) 1,2,3,5,6 of the term of supervision.
X     was found in violation of condition(s) count(s) 1,2,3,5,6.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | New Law Violation | 6/29/07 |
| 2 | Drug/Alcohol Use | 11/6/07 |
| 3 | Fail to submit monthly supervision reports | 5/6/08 |
| 5 | Fail to make required court payments | 5/6/08 |
| 6 | Fail to follow instructions of the officer | 4/3/08 |

The Defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, United States v. Booker, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

X     The Defendant is discharged as to condition 4 on motion of the U.S. Attorney.

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: 6/25/08

Signed: June 30, 2008

Lacy H. Thornburg
United States District Judge

Defendant: JOHN ROBERT AYEN
Case Number: DNCW103CR000027-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 8 Months.

ANY REMAINING OUTSTANDING COURT APPOINTED COUNSEL BALANCE IS REMITTED.

___   The Court makes the following recommendations to the Bureau of Prisons:

_X_   The Defendant is remanded to the custody of the United States Marshal.

___   The Defendant shall surrender to the United States Marshal for this District:

      ___   As notified by the United States Marshal.

      ___   At___a.m. / p.m. on ___.

___   The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

      ___   As notified by the United States Marshal.

      ___   Before 2 p.m. on ___.

      ___   As notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at
_____, with a certified copy of this Judgment.


_____
United States Marshal


By:   _____
Deputy Marshal